IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:11-355 |
| | ) | |
| v. | ) | |
| | ) | ORDER FOR |
| FANG HE | ) | BENCH WARRANT |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, as requested by the United States Attorney. Amount and conditions of bond to be set by the United States Magistrate Judge before whom the defendant initially appears.

_____
BRISTOW M. MARCHANT
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

March 8, 2011

I SO MOVE:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: _____
NATHAN S. WILLIAMS (FED ID #10400)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Telephone: (843) 727-4381