AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of South Carolina

UNITED STATES OF AMERICA

V.

FANG XIN HE

**WARRANT FOR ARREST**

Case Number: 2:11-355

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ FANG XIN HE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
For a description of the charges, see the Indictment; A copy of the Indictment is attached for service on the defendant

- ☑ in violation of Title __18__ AND __21__

United States Code, Section(s) __2__ AND __841(a)(1), 841(b)(1)(D) and 846__

RECEIVED 2011 MAR -9 PM 3:40 UNITED STATES MARSHAL CHARLESTON, SC

- ☐ in violation of the conditions of his or her pretrial release imposed by the court.
- ☐ in violation of the conditions of his or her supervision imposed by the court.

| Larry W. Propes | Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/Denny Patrick Deputy Clerk | March 8, 2011    Charleston, South Carolina |
| Signature of Issuing Officer | Date and Location |

☑ BOND TO SET BY JUDICIAL OFFICER BEFORE WHOM DEFENDANT INITIALLY APPEARS

## RETURN

This warrant was received and executed with the ~~arrest of the~~ above-named individual at

E/NY

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-10-11 | E/NY - USSS | [signature] |